IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RAKESHKUMAR DARJI,                              *

          Plaintiff,                       *

v.                                              Case No.  4:25-cv-240-CDL-AGH

                                 *

DIRECTOR, U.S. Citizenship and Immigration
Services,                                       *

          Defendant.                       *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 4/22/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of April, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk